1

2

3          **UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**

4

5

**UNITED STATES OF AMERICA,**

6                          **Plaintiff,**

7              **v.**

8    **GEORGE WILLIAMS,**

9                          **Defendant.**

10

11

**Case No.  06-5057M**

**ORDER RE: RULE
5/RULE 40 STATUS
HEARING AND
DETENTION ORDER**

12          **THIS MATTER comes on for a Status Hearing on the request petition from the District of Idaho
for the defendant's arrest and return to Idaho to respond to allegations by the U.S. Probation Office
that he violated the conditions of supervision, the defendant having requested a continuance of the
matter in order to allow his attorney explore the possibility of having the case referred to this district
pursuant to CR 20, and stipulating to detention pending that inquiry, now therefore:**

13

14

15          **IT IS ORDERED as follows:**

16          **(1)      that the Status Hearing in this matter be continued until:**

17                    <u>**April 13, 2006**</u>
                    <u>**2:30 p.m.**</u>

18          **(2)      Defendant is to be detained pending further court  proceedings.**

19

20

21          **The clerks shall direct copies of this order to counsel for the United States, to counsel for the
defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services
Office.**

22

23                                      **March 29, 2006.**

24                                       */s/ J. Kelley Arnold*
                                      **J. Kelley Arnold, U.S. Magistrate Judge**

25

26

27

28